MADE JS-6 / REMAND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-799-GW(SPx) | Date | August 16, 2012 |
|---|---|---|---|
| Title | *Carmelita Gomez v. Care Alternatives, et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:** (IN CHAMBERS): ORDER REMANDING MATTER TO STATE COURT

      On June 27, 2012, Care Alternatives of California, LLC ("Defendant") insufficiently responded to an Order to Show Cause re Diversity Jurisdiction this Court issued on June 13, 2012. See Docket Nos. 11, 13. As a result, the Court ordered Defendant to file a supplemental brief by July 9, 2012. See Docket No. 15. Given that Defendant did not file that supplemental brief, the Court now determines that Defendant has failed to properly demonstrate the existence of complete diversity, in particular in connection with its obligation – as the removing party, i.e. the party asserting the existence of this Court's subject matter jurisdiction – to identify its citizenship in conformity with Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). See also Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) ("Absent unusual circumstances, a party seeking to invoke diversity jurisdiction should be able to allege affirmatively the actual citizenship of the relevant parties."). As such, the Court now remands the matter to Riverside County Superior Court for lack of subject matter jurisdiction in this Court.

      The Court further orders the Court Clerk promptly to serve this order on all parties who have appeared in this action.

:

Initials of Preparer   JG